UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiffs,        Case No. 16-cr-20263
                              Case No. 17-mc-50633
v                               Honorable Thomas L. Ludington

ROBERT SAMP,

        Defendant.
_____/

## ORDER STRIKING SUPPLEMENTAL BRIEF AND DIRECTING DEFENDANT TO FILE SUPPLEMENTAL BRIEF IN THE CORRECT CASE

On May 3, 2017, Defendant Robert Samp filed a supplemental brief on his criminal docket, Case No. 16-cr-20263. *See* ECF No. 66. The supplemental brief is purportedly in response to a Court order directing supplemental briefing regarding Defendant Samp's motion for return of property. However, Defendant's motion for return of property spawned its own miscellaneous docket, Case No. 17-mc-50633. It was on that miscellaneous docket that the Court order directing supplemental briefing was entered. Therefore, Defendant's supplemental brief should have been filed on the miscellaneous docket.

Accordingly, it is **ORDERED** that Defendant's supplemental brief filed in Case No. 16-cr-20263, ECF No. 66, is **STRICKEN**.

It is further **ORDERED** that Defendant Samp is **DIRECTED** to file his supplemental brief in the correct case, Case No. 17-mc-50633, no later than **June 15, 2017**.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: June 13, 2017

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 13, 2017.

         s/Kelly Winslow    
         KELLY WINSLOW, Case Manager